■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY L. GAREY, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered September 17, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY L. MOORE, Appellant. [903 NYS2d 289]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered August 20, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal use of a firearm in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO PONDER, Appellant. [903 NYS2d 298]—Appeal from a resentence of the Monroe County Court (Richard A. Keenan, J.), rendered July 26, 2007. Defendant was resentenced upon his conviction of robbery in the first degree, robbery in the second degree (two counts), assault in the second degree and grand larceny in the fourth degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT HITCHCOCK, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered February 11, 2009. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.